**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GLASSON, WILLIAM J. | § Case No. 09-70841 |
| GLASSON, JOYCE M. | § |
| INVESTMENTS, GLASSON | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 10, 2009. The undersigned trustee was appointed on June 24, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        5,003.29

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,944.83 |
| Bank service fees | 155.92 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 1,902.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/02/2009 and the deadline for filing governmental claims was 09/06/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $392.60, for a total compensation of $392.60.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2012          By:/s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70841  
**Case Name:** GLASSON, WILLIAM J.  
GLASSON, JOYCE M.  
**Period Ending:** 02/21/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/10/09 (f)  
**§341(a) Meeting Date:** 04/14/09  
**Claims Bar Date:** 09/02/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Duplex located at: 2512-2514 Elm Street, Dubuque 6/24/2009 order abandoned (See Footnote) | 65,000.00 | 0.00 | OA | 500.00 | FA |
| 2 | Single family residence located at: 2410 Queen S order entered on 6/24/2009 | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Single family residence located at: 2724 Pinard 6/24/2009 order entered abandoning property | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Single family residence located at: 2828 Pinard 6/4/2009 order abandoning entered | 70,000.00 | 0.00 | OA | 700.00 | FA |
| 5 | Single family residence located at: 2647 White S 6/24/2009 order abandoning property | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Single family residence located at: 389 E 21st 6/24/2009 order entered | 45,000.00 | 0.00 | OA | 600.00 | FA |
| 7 | Single family residence located at: 9503 Furlong | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Single family residence located at: 2314 Washing 6/24/2009 order entered | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | Single family house located in: Avoca, 104 S. 5t | 35,000.00 | 29,000.00 | OA | 3,200.00 | FA |
| 10 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Checking account with US Bank, Galena, Illinois | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 12 | Savings account at Dupaco Credit Union | 25.00 | 0.00 | DA | 0.00 | FA |
| 13 | Furniture, furnishings, appliances, and misc. ot | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Books, pictures, videos, music cds and misc. oth | 750.00 | 0.00 | DA | 0.00 | FA |
| 15 | Debtor's clothing | 750.00 | 0.00 | DA | 0.00 | FA |
| 16 | Rings, watches and misc. other items | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | Misc. sporting goods/recreational items | 200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Term life insurance through American General Lif | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | Glasson Investments Inc. (property management co | Unknown | 0.00 | DA | 0.00 | FA |
| 20 | Past due accounts from tenants (uncollectibe) | Unknown | 0.00 | DA | 0.00 | FA |
| 21 | Monthly social security | 528.00 | 0.00 | DA | 0.00 | FA |
| 22 | Possible federal income tax refund | 2,500.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70841  
**Case Name:** GLASSON, WILLIAM J.  
GLASSON, JOYCE M.  
**Period Ending:** 02/21/12

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/10/09 (f)  
**§341(a) Meeting Date:** 04/14/09  
**Claims Bar Date:** 09/02/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 23 | 2000 Chevy Blazer | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 24 | 1990 Buick Century | 500.00 | 0.00 | DA | 0.00 | FA |
| 25 | Pull behind utility trailer | 250.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2005 Yahama scooter | 800.00 | 0.00 | DA | 0.00 | FA |
| 27 | Chinese scooter | 750.00 | 0.00 | DA | 0.00 | FA |
| 28 | Air compressor, misc. hand tools | 750.00 | 0.00 | DA | 0.00 | FA |
| 29 | Misc. household tools and implements | 400.00 | 0.00 | DA | 0.00 | FA |
| 30 | Misc. lawn and garden equipment | 350.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.29 | FA |
| **31** | **Assets** Totals (Excluding unknown values) | **$560,953.00** | **$29,000.00** | | **$5,003.29** | **$0.00** |

RE PROP# 1    Abandoned property 6/24/09

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  May 1, 2010  **Current Projected Date Of Final Report (TFR):**  February 21, 2012  (Actual)

Printed: 02/21/2012 07:22 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-70841 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | GLASSON, WILLIAM J. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | GLASSON, JOYCE M. | | **Account:** | ***-*****01-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4072 | | **Blanket Bond:** | $372,000.00  (per case limit) |
| **Period Ending:** | 02/21/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/07/09 | {4} | Cassandra H. Beck | May rent payment | 1122-000 | 700.00 | | 700.00 |
| 05/12/09 | {6} | Richard and Marylou Toay | May rent deposit | 1122-000 | 600.00 | | 1,300.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,300.03 |
| 06/02/09 | {9} | John L. or Kristy N. Swinehart | rent for 105 So. Fifth Street, Avoca, WI | 1122-000 | 400.00 | | 1,700.03 |
| 06/15/09 | {1} | Tina and Jason Haynes | June rent | 1122-000 | 500.00 | | 2,200.03 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,200.11 |
| 07/07/09 | {9} | John or Kristy Swinehart | July, 2009 rent | 1122-000 | 400.00 | | 2,600.11 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,600.21 |
| 08/04/09 | {9} | John L. or Kristy N. Swinehart | August rent | 1122-000 | 400.00 | | 3,000.21 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,000.33 |
| 09/09/09 | {9} | John L. or Kristy N. Swinehart | September rent | 1122-000 | 400.00 | | 3,400.33 |
| 09/23/09 | {9} | John or Kristy Swinehart | replacement rent check for September | 1122-000 | 400.00 | | 3,800.33 |
| 09/23/09 | {9} | John L. or Kristy N. Swinehart | Reversed Deposit 100007 1 September rent | 1122-000 | -400.00 | | 3,400.33 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,400.45 |
| 10/20/09 | {9} | John and Kristy Swinehart | October rent payment | 1122-000 | 400.00 | | 3,800.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,800.59 |
| 11/30/09 | {9} | John and Kristy Swinehart | rent- November 2009 | 1122-000 | 400.00 | | 4,200.59 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,200.75 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,200.92 |
| 01/05/10 | {9} | John or Kristie Swinehart | December rent | 1122-000 | 400.00 | | 4,600.92 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,601.09 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,601.26 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,601.46 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,601.49 |
| 04/06/10 | | Wire out to BNYM account 9200******0165 | Wire out to BNYM account 9200******0165 | 9999-000 | -4,601.49 | | 0.00 |

|  | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | -4,601.49 | 0.00 | |
|  | **Subtotal** | **4,601.49** | **0.00** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$4,601.49** | **$0.00** | |

{} Asset reference(s)                                                                                                   Printed: 02/21/2012 07:22 AM    V.12.57

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-70841 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | GLASSON, WILLIAM J. | Bank Name: | The Bank of New York Mellon |
| | GLASSON, JOYCE M. | Account: | 9200-******01-65 - Checking Account |
| Taxpayer ID #: | **-***4072 | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 02/21/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | 9999-000 | 4,601.49 | | 4,601.49 |
| 04/15/10 | {9} | John L. or Kristy N. Swinehart | rent January 2010 | 1122-000 | 400.00 | | 5,001.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 5,001.72 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,002.01 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-70841, Bond #016018067 | 2300-000 | | 4.72 | 4,997.29 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 4,997.58 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.30 | | 4,997.88 |
| 08/26/10 | 11002 | RSM McGladrey Inc. | accountant fees | 3310-000 | | 753.00 | 4,244.88 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 4,245.17 |
| 09/09/10 | {9} | John or Kristy Swinehart | rental payments for February, March, April and May, 2010 | 1122-000 | 1,600.00 | | 5,845.17 |
| 09/21/10 | {9} | John or Kristy Swinehart | Reversed Deposit 100013 1 rental payments for May, June, July, August 2010 | 1122-000 | -1,600.00 | | 4,245.17 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,245.19 |
| 10/12/10 | {9} | John or Kristy Swinehart | rent - February, March & April, 2010 | 1122-000 | 1,200.00 | | 5,445.19 |
| 10/27/10 | {9} | John or Kristy Swinehart | Reversed Deposit 100014 1 rent - February, March & April, 2010 | 1122-000 | -1,200.00 | | 4,245.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,245.21 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.24 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.30 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.33 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.36 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.39 |
| 05/18/11 | 11003 | Attorney Erin West | Attorneys's fees and costs special counsel | | | 1,157.55 | 3,087.84 |
| | | | attorney's fees       923.50 | 3210-600 | | | 3,087.84 |
| | | | photocopies; postage, filing fee, sheriff's fee       234.05 | 3220-610 | | | 3,087.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,087.87 |
| 05/31/11 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-70841, Bond #016018067 | 2300-000 | | 2.61 | 3,085.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,085.28 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,085.30 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.92 | 3,079.38 |

Subtotals :       $5,003.18       $1,923.80

{} Asset reference(s)

Printed: 02/21/2012 07:22 AM     V.12.57

Exhibit B

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-70841  
**Case Name:** GLASSON, WILLIAM J.  
GLASSON, JOYCE M.  
**Taxpayer ID #:** **-***4072  
**Period Ending:** 02/21/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-65 - Checking Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,054.40 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,054.42 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,029.42 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,029.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,004.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,004.46 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,979.46 |
| 12/07/11 | 11005 | Erin West | Special Counsel attorney's fees | 3210-000 | | 1,026.95 | 1,952.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 1,952.53 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,927.53 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,927.54 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,902.54 |
| | | | **ACCOUNT TOTALS** | | 5,003.29 | 3,100.75 | **$1,902.54** |
| | | | Less: Bank Transfers | | 4,601.49 | 0.00 | |
| | | | **Subtotal** | | 401.80 | 3,100.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$401.80** | **$3,100.75** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****01-65** | 4,601.49 | 0.00 | 0.00 |
| **Checking # 9200-******01-65** | 401.80 | 3,100.75 | 1,902.54 |
| | **$5,003.29** | **$3,100.75** | **$1,902.54** |

{} Asset reference(s)

Printed: 02/21/2012 07:22 AM    V.12.57

Printed: 02/21/12 07:23 AM  **Claims Distribution Register**  Page: 1

## Case: 09-70841  GLASSON, WILLIAM J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2 | 06/11/09 | 100 | Onyx Acceptance Corp (Serviced by Capital One Auto P.O. Box 201347 Arlington, TX 76006 <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> Claim No. 2 is allowed as a secured claim but is disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 1,917.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | 09/02/09 | 100 | Wilshire Credit Corporation POB 1650 Portland, OR 97207-1650 <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> Claim No. 7 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the geeneral funds of the Chapter 7 Bankruptcy Estate. | 12,723.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$14,640.97** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$14,640.97** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 03/10/09 | 200 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA 6833 STALTER DRIVE ROCKFORD, IL 61108 <3110-00  Attorney for Trustee Fees (Trustee Firm)> | 4,733.75 | 4,733.75 | 0.00 | 4,733.75 | 1,486.39 |
| | 03/10/09 | 200 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA 6833 STALTER DRIVE ROCKFORD, IL 61108 <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | 75.00 | 75.00 | 0.00 | 75.00 | 23.55 |
| | 03/10/09 | 200 | JAMES E. STEVENS 6833 Stalter Drive Rockford, IL 61108 <2100-00  Trustee Compensation> | 1,250.33 | 1,250.33 | 0.00 | 1,250.33 | 392.60 |
| | | | **Total for Priority 200:   31.39982% Paid** | **$6,059.08** | **$6,059.08** | **$0.00** | **$6,059.08** | **$1,902.54** |
| | | | **Total for Admin Ch. 7 Claims:** | **$6,059.08** | **$6,059.08** | **$0.00** | **$6,059.08** | **$1,902.54** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 06/05/09 | 610 | Dupaco Community Credit Union PO Box 179 Dubuque, IA 52004-0179 <7100-00  General Unsecured § 726(a)(2)> | 12,444.12 | 12,444.12 | 0.00 | 12,444.12 | 0.00 |

Printed: 02/21/12 07:23 AM

## Claims Distribution Register

Page: 2

### Case: 09-70841    GLASSON, WILLIAM J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 06/12/09 | 610 | Dubuque Radiological Associates<br>POB 1655<br>Dubuque, IA 52004<br><7100-00   General Unsecured § 726(a)(2)> | 30.00 | 30.00 | 0.00 | 30.00 | 0.00 |
| 4 | 06/25/09 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 9,620.65 | 9,620.65 | 0.00 | 9,620.65 | 0.00 |
| 5 | 07/07/09 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br><7100-00   General Unsecured § 726(a)(2)> | 3,500.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| 6 | 07/07/09 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br><7100-00   General Unsecured § 726(a)(2)> | 84.00 | 84.00 | 0.00 | 84.00 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | $25,678.77 | $25,678.77 | $0.00 | $25,678.77 | $0.00 |
| | | | **Total for Unsecured Claims:** | $25,678.77 | $25,678.77 | $0.00 | $25,678.77 | $0.00 |
| | | | **Total for Case :** | $46,378.82 | $31,737.85 | $0.00 | $31,737.85 | $1,902.54 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70841
Case Name: GLASSON, WILLIAM J.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 1,902.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Onyx Acceptance Corp (Serviced by Capital One Auto | 1,917.78 | 0.00 | 0.00 | 0.00 |
| 7 | Wilshire Credit Corporation | 12,723.19 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,902.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.33 | 0.00 | 392.60 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 4,733.75 | 0.00 | 1,486.39 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 75.00 | 0.00 | 23.55 |

Total to be paid for chapter 7 administration expenses: $ 1,902.54
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,678.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dupaco Community Credit Union | 12,444.12 | 0.00 | 0.00 |
| 3 | Dubuque Radiological Associates | 30.00 | 0.00 | 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 9,620.65 | 0.00 | 0.00 |
| 5 | U.S. Bank N.A. | 3,500.00 | 0.00 | 0.00 |
| 6 | U.S. Bank N.A. | 84.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**