# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: GLASSON, WILLIAM J.     § | Case No. 09-70841 |
| GLASSON, JOYCE M.     § | |
| INVESTMENTS, GLASSON     § | |
| Debtor(s)     § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/11/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/21/2012          By:  /s/JAMES E. STEVENS
                                 Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GLASSON, WILLIAM J. § Case No. 09-70841
       GLASSON, JOYCE M. §
       INVESTMENTS, GLASSON §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,003.29 |
| *and approved disbursements of* | $ 3,100.75 |
| *leaving a balance on hand of* [1] | $ 1,902.54 |
| **Balance on hand:** | $ 1,902.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | Onyx Acceptance Corp (Serviced by Capital One Auto | 1,917.78 | 0.00 | 0.00 | 0.00 |
| 7 | Wilshire Credit Corporation | 12,723.19 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,902.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,250.33 | 0.00 | 392.60 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 4,733.75 | 0.00 | 1,486.39 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 75.00 | 0.00 | 23.55 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,902.54 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $    0.00
Remaining balance: $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $    0.00
Remaining balance: $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,678.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dupaco Community Credit Union | 12,444.12 | 0.00 | 0.00 |
| 3 | Dubuque Radiological Associates | 30.00 | 0.00 | 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 9,620.65 | 0.00 | 0.00 |
| 5 | U.S. Bank N.A. | 3,500.00 | 0.00 | 0.00 |
| 6 | U.S. Bank N.A. | 84.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $    0.00
Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                      Case No. 09-70841-MB
William J. Glasson                                          Chapter 7
Joyce M. Glasson
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3         User: cshabez              Page 1 of 3                  Date Rcvd: Feb 24, 2012
                             Form ID: pdf006            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2012.
db/jdb        +William J. Glasson,    Joyce M. Glasson,   9503 West Furlong Rd.,    Galena, IL 61036-9774
13622037       AT&T Universal Card,   PO Box 45165,    Jacksonville, FL 32232-5165
13622038      +AT&T Universal Card,   PO Box 6408,    The Lakes, NV 88901-6408
13622039      +AT&T Universal Card,   PO Box 688920,   Des Moines, IA 50368-8920
13622032       Alliant Utilities,   PO Box 769,    Dubuque, IA 52004-0769
13622033      +Alliant Utilities,   PO Box 351,    Cedar Rapids, IA 52406-0351
13622034       America's Servicing Co.,    PO Box 1820,    Newark, NJ 07101-1820
13622035       America's Servicing Co.,    PO Box 10388,   Des Moines, IA 50306-0388
13622036      +American Home Mortgage Inc,    POB 949,   Sun City, CA 92586-0949
13622040      +Belstar Properties,   375 Bluff Street,    Dubuque, IA 52001-6967
13622042       Citimortgage,   PO Box,   Gaithersburg, MD 20898
13622043       Citimortgage, Inc.,   PO Box 183040,    Columbus, OH 43218-3040
13622044      +Countrywide Home Loans,    PO Box 5170,   Simi Valley, CA 93062-5170
13622045       Culligan Finance Company,    PO Box 3256,   Milwaukee, WI 53201-3256
13622046      +Dubuque Radiological Associates,    120 Bryant Street,    Dubuque, IA 52003-7403
13622047      +Dubuque Radiological Associates,    POB 1655,   Dubuque, IA 52004-1655
13622049       GMAC Mortgage Corporation,    PO Box 9001719,   Louisville, KY 40290-1719
13622050      +Mercy Medical Center - Dubuque,    250 Mercy Drive,    Dubuque, IA 52001-7360
13622051      +Nationstar Mortgage,   PO Box 829009,    Dallas, TX 75382-9009
13650979      +Onyx Acceptance Corp,    (Serviced by Capital One Auto),    P O Box 201347,
                Arlington, TX 76006-1347
14031957      +Onyx Acceptance Corp (Serviced by Capital One Auto,     P.O. Box 201347,    Arlington, TX 76006-1347
13622053      +PHH Mortgage Services,    PO Box 0112,   Palatine, IL 60078-0112
13622055       The City of Dubuque,   PO Box 1063,    Dubuque, IA 52004-1063
13622056      +The Finley Hospital,   Central Billing,    1200 Pleasant St,    Des Moines, IA 50309-1406
13622057       The Finly Hospital,   PO Box 7082,    Des Moines, IA 50309-7082
14135456      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
13622060      +Village of Avoca,   PO Box 188,    Avoca, WI 53506-0188
13714583      +Wells Fargo Bank,   c/o andrew J Nelson,    Pierce & Assovciates P C,
                1 North Dearborn, Suite 1300,    Chicaog, IL 60602-4321
13622061       Wells Fargo Home Mortgage,    PO Box 5296,   Carol Stream, IL 60197-5296
13622062      +Wells Fargo Mortgage,   POB 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13622041       E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Feb 25 2012 03:11:05
                Capital One Auto Finance,    PO Box 93016,   Long Beach, CA 90809-3016
13622048       E-mail/Text: gtrierweiler@dupaco.com Feb 25 2012 02:52:54      Dupaco Community Credit Union,
                PO Box 179,   Dubuque, IA 52004-0179
14087626      +E-mail/Text: resurgentbknotifications@resurgent.com Feb 25 2012 02:35:58
                PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13622054       See schedule A for tenants
13622059*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 64799,    St. Paul, MN 44164-0799)
13622058*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
13622052      ##Option One Mortgage,    PO Box 44042,   Jacksonville, FL 32231-4042
13622063      ##Wilshire Credit Corporation,    POB 1650,   Portland, OR 97207-1650
                                                                                               TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cshabez            Page 2 of 3             Date Rcvd: Feb 24, 2012
                              Form ID: pdf006          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3                Date Rcvd: Feb 24, 2012
                              Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2012 at the address(es) listed below:

```
              Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor   America's Servicing Company
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              James E Stevens    jimstevens@bslbv.com,   IL48@ecfcbis.com
              James E Stevens    on behalf of Spec. Counsel Erin West jimstevens@bslbv.com
              Jose G Moreno    on behalf of Creditor   America's Servicing Company nd-one@il.cslegal.com
              Mark   Zaleski    on behalf of Debtor William Glasson attyzaleski@comcast.net,
               tremmers.mez@comcast.net
              Michael J Halpin    on behalf of Creditor   WELLS FARGO BANK mhalpin@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor   Nationstar Mortgage Courts@tmlong.com
                                                                                             TOTAL: 9
```