# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: GLASSON, WILLIAM J.                  §   Case No. 09-70841
       GLASSON, JOYCE M.                  §
       INVESTMENTS, GLASSON           §
Debtor(s)                                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $560,953.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$0.00            Claims Discharged
                                              Without Payment: $29,778.77

Total Expenses of Administration:$5,003.29

3) Total gross receipts of $ 5,003.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,003.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $507,100.00 | $14,640.97 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,159.83 | 9,159.83 | 5,003.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,600.00 | 25,678.77 | 25,678.77 | 0.00 |
| **TOTAL DISBURSEMENTS** | $536,700.00 | $49,479.57 | $34,838.60 | $5,003.29 |

4) This case was originally filed under Chapter 7 on March 10, 2009. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2012_____ By: /s/JAMES E. STEVENS_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Duplex located at: 2512-2514 Elm Street, Dubuque | 1122-000 | 500.00 |
| Single family residence located at: 2828 Pinard | 1122-000 | 700.00 |
| Single family residence located at: 389 E 21st | 1122-000 | 600.00 |
| Single family house located in: Avoca, 104 S. 5t | 1122-000 | 3,200.00 |
| Interest Income | 1270-000 | 3.29 |
| **TOTAL GROSS RECEIPTS** | | **$5,003.29** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Onyx Acceptance Corp (Serviced by Capital One | 4210-000 | 1,800.00 | 1,917.78 | 0.00 | 0.00 |
| 7 | Wilshire Credit Corporation | 4110-000 | 12,000.00 | 12,723.19 | 0.00 | 0.00 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 57,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage | 4110-000 | 39,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Option One Mortgage | 4110-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilshire Mortgage | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Village of Avoca | 4110-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 39,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage, Inc. | 4110-000 | 54,700.00 | N/A | N/A | 0.00 |
| NOTFILED | PHH Mortgage Services | 4110-000 | 57,200.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage Corporation | 4110-000 | 73,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Belstar Properties | 4110-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | America's Servicing Co. | 4110-000 | 45,300.00 | N/A | N/A | 0.00 |
| NOTFILED | America's Servicing Co. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | America's Servicing Co. | 4110-000 | 41,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $507,100.00 | $14,640.97 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.33 | 1,250.33 | 392.60 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 4,733.75 | 4,733.75 | 1,486.39 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3120-000 | N/A | 75.00 | 75.00 | 23.55 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.72 | 4.72 | 4.72 |
| RSM McGladrey Inc. | 3310-000 | N/A | 753.00 | 753.00 | 753.00 |
| Attorney Erin West | 3210-600 | N/A | 923.50 | 923.50 | 923.50 |
| Attorney Erin West | 3220-610 | N/A | 234.05 | 234.05 | 234.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.61 | 2.61 | 2.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.92 | 5.92 | 5.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Erin West | 3210-000 | N/A | 1,026.95 | 1,026.95 | 1,026.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,159.83 | $9,159.83 | $5,003.29 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dupaco Community Credit Union | 7100-000 | 12,400.00 | 12,444.12 | 12,444.12 | 0.00 |
| 3 | Dubuque Radiological Associates | 7100-000 | unknown | 30.00 | 30.00 | 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 9,200.00 | 9,620.65 | 9,620.65 | 0.00 |
| 5 | U.S. Bank N.A. | 7100-000 | 3,900.00 | 3,500.00 | 3,500.00 | 0.00 |
| 6 | U.S. Bank N.A. | 7100-000 | 0.00 | 84.00 | 84.00 | 0.00 |
| NOTFILED | Mercy Medical Center - Dubuque | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Culligan Finance Company | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | The Finly Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The City of Dubuque | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | The Finly Hospital | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | The City of Dubuque | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Belstar Properties | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alliant Utilities | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alliant Utilities | 7100-000 | unknown | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| NOTFILED | AT&T Universal Card | 7100-000 | unknown | N/A | N/A | 0.00 |

| TOTAL GENERAL UNSECURED CLAIMS | $29,600.00 | $25,678.77 | $25,678.77 | $0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70841

**Case Name:** GLASSON, WILLIAM J.

GLASSON, JOYCE M.

**Period Ending:** 05/09/12

**Trustee:** (330420)   JAMES E. STEVENS

**Filed (f) or Converted (c):** 03/10/09 (f)

**§341(a) Meeting Date:** 04/14/09

**Claims Bar Date:** 09/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Duplex located at: 2512-2514 Elm Street, Dubuque<br>6/24/2009 order abandoned  (See Footnote) | 65,000.00 | 0.00 | OA | 500.00 | FA |
| 2 | Single family residence located at: 2410 Queen S<br>order entered on 6/24/2009 | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Single family residence located at: 2724 Pinard<br>6/24/2009 order entered abandoning property | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Single family residence located at: 2828 Pinard<br>6/4/2009 order abandoning entered | 70,000.00 | 0.00 | OA | 700.00 | FA |
| 5 | Single family residence located at: 2647 White S<br>6/24/2009 order abandoning property | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Single family residence located at: 389 E 21st<br>6/24/2009 order entered | 45,000.00 | 0.00 | OA | 600.00 | FA |
| 7 | Single family residence located at: 9503 Furlong | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Single family residence located at: 2314 Washing<br>6/24/2009 order entered | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | Single family house located in: Avoca, 104 S. 5t | 35,000.00 | 29,000.00 | OA | 3,200.00 | FA |
| 10 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Checking account with US Bank, Galena, Illinois | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 12 | Savings account at Dupaco Credit Union | 25.00 | 0.00 | DA | 0.00 | FA |
| 13 | Furniture, furnishings, appliances, and misc. ot | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Books, pictures, videos, music cds and misc. oth | 750.00 | 0.00 | DA | 0.00 | FA |
| 15 | Debtor's clothing | 750.00 | 0.00 | DA | 0.00 | FA |
| 16 | Rings, watches and misc. other items | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | Misc. sporting goods/recreational items | 200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Term life insurance through American General Lif | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | Glasson Investments Inc. (property management co | Unknown | 0.00 | DA | 0.00 | FA |
| 20 | Past due accounts from tenants (uncollectibe) | Unknown | 0.00 | DA | 0.00 | FA |
| 21 | Monthly social security | 528.00 | 0.00 | DA | 0.00 | FA |
| 22 | Possible federal income tax refund | 2,500.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70841

**Case Name:** GLASSON, WILLIAM J.
GLASSON, JOYCE M.

**Period Ending:** 05/09/12

**Trustee:** (330420)  JAMES E. STEVENS

**Filed (f) or Converted (c):** 03/10/09 (f)

**§341(a) Meeting Date:** 04/14/09

**Claims Bar Date:** 09/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | 2000 Chevy Blazer | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 24 | 1990 Buick Century | 500.00 | 0.00 | DA | 0.00 | FA |
| 25 | Pull behind utility trailer | 250.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2005 Yahama scooter | 800.00 | 0.00 | DA | 0.00 | FA |
| 27 | Chinese scooter | 750.00 | 0.00 | DA | 0.00 | FA |
| 28 | Air compressor, misc. hand tools | 750.00 | 0.00 | DA | 0.00 | FA |
| 29 | Misc. household tools and implements | 400.00 | 0.00 | DA | 0.00 | FA |
| 30 | Misc. lawn and garden equipment | 350.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.29 | FA |
| 31 | **Assets** **Totals** (Excluding unknown values) | **$560,953.00** | **$29,000.00** | | **$5,003.29** | **$0.00** |

RE PROP# 1     Abandoned property 6/24/09

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     May 1, 2010

**Current Projected Date Of Final Report (TFR):**     February 21, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-70841
**Case Name:** GLASSON, WILLIAM J.
GLASSON, JOYCE M.
**Taxpayer ID #:** **-***4072
**Period Ending:** 05/09/12

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****01-65 - Money Market Account
**Blanket Bond:** $372,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/09 | {4} | Cassandra H. Beck | May rent payment | 1122-000 | 700.00 | | 700.00 |
| 05/12/09 | {6} | Richard and Marylou Toay | May rent deposit | 1122-000 | 600.00 | | 1,300.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,300.03 |
| 06/02/09 | {9} | John L. or Kristy N. Swinehart | rent for 105 So. Fifth Street, Avoca, WI | 1122-000 | 400.00 | | 1,700.03 |
| 06/15/09 | {1} | Tina and Jason Haynes | June rent | 1122-000 | 500.00 | | 2,200.03 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,200.11 |
| 07/07/09 | {9} | John or Kristy Swinehart | July, 2009 rent | 1122-000 | 400.00 | | 2,600.11 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,600.21 |
| 08/04/09 | {9} | John L. or Kristy N. Swinehart | August rent | 1122-000 | 400.00 | | 3,000.21 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,000.33 |
| 09/09/09 | {9} | John L. or Kristy N. Swinehart | September rent | 1122-000 | 400.00 | | 3,400.33 |
| 09/23/09 | {9} | John or Kristy Swinehart | replacement rent check for September | 1122-000 | 400.00 | | 3,800.33 |
| 09/23/09 | {9} | John L. or Kristy N. Swinehart | Reversed Deposit 100007 1 September rent | 1122-000 | -400.00 | | 3,400.33 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,400.45 |
| 10/20/09 | {9} | John and Kristy Swinehart | October rent payment | 1122-000 | 400.00 | | 3,800.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,800.59 |
| 11/30/09 | {9} | John and Kristy Swinehart | rent- November 2009 | 1122-000 | 400.00 | | 4,200.59 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,200.75 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,200.92 |
| 01/05/10 | {9} | John or Kristie Swinehart | December rent | 1122-000 | 400.00 | | 4,600.92 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,601.09 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,601.26 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,601.46 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,601.49 |
| 04/06/10 | | Wire out to BNYM account 9200******0165 | Wire out to BNYM account 9200******0165 | 9999-000 | -4,601.49 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | | -4,601.49 | 0.00 | |
| **Subtotal** | | **4,601.49** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,601.49** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70841
**Case Name:** GLASSON, WILLIAM J.
GLASSON, JOYCE M.
**Taxpayer ID #:** **-***4072
**Period Ending:** 05/09/12

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******01-65 - Checking Account
**Blanket Bond:** $372,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0165 | Wire in from JPMorgan Chase Bank, N.A. account *******0165 | 9999-000 | 4,601.49 | | 4,601.49 |
| 04/15/10 | {9} | John L. or Kristy N. Swinehart | rent January 2010 | 1122-000 | 400.00 | | 5,001.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 5,001.72 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,002.01 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-70841, Bond #016018067 | 2300-000 | | 4.72 | 4,997.29 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 4,997.58 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.30 | | 4,997.88 |
| 08/26/10 | 11002 | RSM McGladrey Inc. | accountant fees | 3310-000 | | 753.00 | 4,244.88 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 4,245.17 |
| 09/09/10 | {9} | John or Kristy Swinehart | rental payments for February, March, April and May, 2010 | 1122-000 | 1,600.00 | | 5,845.17 |
| 09/21/10 | {9} | John or Kristy Swinehart | Reversed Deposit 100013 1 rental payments for May, June, July, August 2010 | 1122-000 | -1,600.00 | | 4,245.17 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,245.19 |
| 10/12/10 | {9} | John or Kristy Swinehart | rent - February, March & April, 2010 | 1122-000 | 1,200.00 | | 5,445.19 |
| 10/27/10 | {9} | John or Kristy Swinehart | Reversed Deposit 100014 1 rent - February, March & April, 2010 | 1122-000 | -1,200.00 | | 4,245.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,245.21 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.24 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.30 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.33 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.36 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,245.39 |
| 05/18/11 | 11003 | Attorney Erin West | Attorneys's fees and costs special counsel | | | 1,157.55 | 3,087.84 |
| | | | attorney's fees                923.50 | 3210-600 | | | 3,087.84 |
| | | | photocopies; postage,           234.05 filing fee, sheriff's fee | 3220-610 | | | 3,087.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,087.87 |
| 05/31/11 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-70841, Bond #016018067 | 2300-000 | | 2.61 | 3,085.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,085.28 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,085.30 |

Subtotals :                                      $5,003.18        $1,917.88

{} Asset reference(s)

Printed: 05/09/2012 11:59 AM    V.13.02

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-70841 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** GLASSON, WILLIAM J. | **Bank Name:** The Bank of New York Mellon |
| GLASSON, JOYCE M. | **Account:** 9200-******01-65 - Checking Account |
| **Taxpayer ID #:** **-***4072 | **Blanket Bond:** $372,000.00 (per case limit) |
| **Period Ending:** 05/09/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.92 | 3,079.38 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,054.40 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,054.42 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,029.42 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,029.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,004.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,004.46 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,979.46 |
| 12/07/11 | 11005 | Erin West | Special Counsel attorney's fees | 3210-000 | | 1,026.95 | 1,952.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 1,952.53 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,927.53 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,927.54 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,902.54 |
| 04/12/12 | 11006 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 31.39% on $4,733.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,486.39 | 416.15 |
| 04/12/12 | 11007 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 31.39% on $75.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 23.55 | 392.60 |
| 04/12/12 | 11008 | JAMES E. STEVENS | Dividend paid 31.39% on $1,250.33, Trustee Compensation; Reference: | 2100-000 | | 392.60 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,003.29 | 5,003.29 | **$0.00** |
| Less: Bank Transfers | 4,601.49 | 0.00 | |
| **Subtotal** | 401.80 | 5,003.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$401.80** | **$5,003.29** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****01-65** | 4,601.49 | 0.00 | 0.00 |
| **Checking # 9200-******01-65** | 401.80 | 5,003.29 | 0.00 |
| | **$5,003.29** | **$5,003.29** | **$0.00** |

{} Asset reference(s)